(57 Misc. Rep. 140.)

### WOOD v. PLATT.

(Supreme Court, Special Term, New York County. December, 1907.)

DIVORCE—ISSUES FOR JURY.
    Where the only issue raised by the pleadings in an action for divorce
    is a question of marriage of the parties, it cannot be submitted to a jury.

Action by Mae C. Wood against Thomas C. Platt. Motion for an order framing issues and directing trial by jury. Denied.

Joseph Day Lee, for the motion.

O'Brien, Boardman, Platt & Dunning (John B. Stanchfield, of counsel), opposed.

SEABURY, J. The only issue raised by the pleadings in this action is whether the "plaintiff was married to defendant on or about

November 9, 1901, at the Fifth Avenue Hotel, in the city and county of New York." There is no authority for the submission of this issue to a jury upon this motion, and the practice of submitting any issue other than that of adultery to a jury in an action of this character has been distinctly disapproved by the Appellate Division of this Department. Bush v. Bush, 103 App. Div. 588, 93 N. Y. Supp. 159; Packard v. Packard, 88 App. Div. 339, 84 N. Y. Supp. 1090; Wilcox v. Wilcox, 116 App. Div. 423, 101 N. Y. Supp. 828.

Motion denied.